ACCEPTED
03-14-00234-CR
4065029
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/8/2015 8:15:50 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00234-CR**

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED
**February 9, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

_____

On Appeal from the 167th Judicial District Court of
Travis County, Texas
Cause Number D-1-DC-11-100059

_____

**JOE DEREK CARR, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Joe Derek Carr, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time.   In support of said motion, Appellant would show the Court the following:

1.      Appellant's brief was due in this case on January 19, 2015.

2.      Appellant seeks an extension of sixty days in which to file his brief, making his brief due on or before March 19, 2015.

3.      The undersigned inadvertently calendared the due date for Appellant's brief as February 19, 2015.

4.      In the past thirty days, the undersigned has filed briefs in the First

Court of Appeals in Cause Numbers 01-14-00240-CR, *Sean Michael McGuire, v. The State of Texas;* and 01-14-00241-CR, *Sean Michael McGuire v. The State of Texas*. In addition, the undersigned filed a Petition for Writ of Habeas Corpus in Cause Number 08-1623-K26, *Ex parte Adam Adel Hayek*. Finally, the undersigned has made numerous court appearances and has undertaken the tasks associated with the management of a solo attorney practice.

5.      The undersigned has filed one previous motion for extension of time in this case.

6.      For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on March 19, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 452-1382 (fax)
Kristen@txcrimapp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Travis County District Attorney's Office, P.O. Box 1748, Austin, Texas, 78767, on February 9, 2014.

          __/s/ Kristen Jernigan_____
          Kristen Jernigan